# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ELAINE P. WYNN,<br>    Petitioner,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT<br>COURT OF THE STATE OF NEVADA,<br>IN AND FOR THE COUNTY OF<br>CLARK; AND THE HONORABLE<br>ELIZABETH GOFF GONZALEZ,<br>    Respondents,<br>and<br>STEPHEN A. WYNN; WYNN RESORTS,<br>LIMITED; AND KIMMARIE SINATRA,<br>    Real Parties in Interest. | No. 75852<br><br>**FILED**<br><br>SEP 1 0 2018<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY<br>DEPUTY CLERK |

## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, this petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Elizabeth Goff Gonzalez, District Judge
    Lewis Roca Rothgerber Christie LLP/Las Vegas
    Sidley Austin LLP/Washington, DC
    Greenberg Traurig, LLP/Las Vegas
    Sidley Austin LLP/Chicago
    Campbell & Williams
    Pisanelli Bice, PLLC
    Wachtell, Lipton, Rosen & Katz
    Glaser Weil Fink Jacobs Howard Avchen & Shapiro, LLC/Los Angeles
    Eighth District Court Clerk